**Continuing Abatement Order filed June 2, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00769-CR

_____

**ROBBY JO HOVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1411661**

---

## CONTINUING ABATEMENT ORDER

On April 19, 2016, this court directed the trial court to conduct a hearing in this case to determine why appellant's brief had not been filed. Our order required the trial judge to see that a record of the hearing is made, make findings of fact and conclusions of law, and order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing and the courts findings and conclusions were to be filed with

the clerk of this court on or before May 19, 2016. To date, the court has not received the record or findings.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.

PER CURIAM